No. 138. HENRIETTA MINING AND MILLING COMPANY *v.* HILL. Appeal from the Supreme Court of the Territory of Arizona. The

facts in this case, so far as they bear upon the question in controversy, are precisely similar to the one just decided, and the judgment of the Supreme Court of Arizona is therefore

*Affirmed.*